Statement of operations

| | |
|---|---|
| income | 0 |
| expenses | |
| salaries | 2,200 |
| service fees | 10,000 |
| marketing fee | 2,200 |
| server | 4,600 |